UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | NO. 3:12-00013 |
| ) | JUDGE CAMPBELL |
| MANILA VICHITVONGSA, et al. ) | |

ORDER

Pending before the Court Defendant Nickless Whitson's Motion to Continue Status Conference (Docket No. 231). The Motion is GRANTED.

The status conference currently scheduled for November 26, 2012, is RESCHEDULED for November 29, 2012, at 1:00 p.m.

It is so ORDERED.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　TODD J. CAMPBELL
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE