UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:12-00013 |
| | ) | JUDGE CAMPBELL |
| MANILA VICHITVONGSA, et al. | ) | |

<u>ORDER</u>

The Court held a status conference in this case on November 29, 2012. At the conference, the Court set an evidentiary hearing on Defendant Jatavius Sanders' Motion to Suppress Alleged Statements By Defendant (Docket No. 254) for December 13, 2012, at 10:00 a.m. The Court also set oral argument for December 13, 2012, at 10:00 a.m. on Defendant Angela Whitson's Motion To Dismiss Count 5 For Lack Of Federal Jurisdiction (Docket No. 239), Defendant Manila Vichitvongsa's Motion To Dismiss Counts One And Five And To Require Mandatory Election Of Offenses Between Counts Two And Four And Counts Six And Eight (Docket No. 243), Defendant Jessica Parker's Motion To Dismiss Count One Of The Indictment (Docket No. 246), and Defendant Jatavius Sanders' Motion To Dismiss For Lack Of Jurisdiction (Docket No. 256).

The Court also granted the Government's request for a one-day extension of time, to November 30, 2012, to respond to the pending motions.

It is so ORDERED.

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE