UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:12-00013 |
| | ) | JUDGE CAMPBELL |
| MANILA VICHITVONGSA, et al. | ) | |

ORDER

Pending before the Court is an Unopposed Motion To Dismiss Pre-trial Motions Without Prejudice (Docket No. 291). The Motion is GRANTED. Accordingly, Defendant's Motion To Suppress Alleged Statements By Defendant (Docket No. 254) and Motion To Dismiss For Lack Of Jurisdiction (Docket No. 256) are WITHDRAWN, without prejudice to being refiled.

Only Defendants who have motions to dismiss to be considered at the hearing set for December 13, 2012 (Docket Nos. 239, 243, 246) need to attend the hearing.

IT IS SO ORDERED.


_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE