UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA        )
                                )
v.                              )        NO. 3:12-00013
                                )        JUDGE CAMPBELL
MANILA VICHITVONGSA, et al.     )

ORDER

Pending before the Court is the Government's Motion For Additional Extension Of Time To Submit Proposed Plea Agreements To The Court (Docket No. 293).  The Motion is GRANTED, as follows: the Government shall submit draft plea agreements to the Court by 10:00 a.m. on December 17, 2012.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE