UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:12-00013 |
| | ) | JUDGE CAMPBELL |
| MANILA VICHITVONGSA, et al. | ) | |

### ORDER

Pending before the Court is the Government's Motion To Extend Response Time To Defendants' Motions *In Limine* (Docket No. 344). Through the Motion, the Government requests an extension of time, until January 8, 2013, in which to file responses to the Defendants' pending motions in limine (Docket Nos. 302, 303, 306 and 307). The Motion is GRANTED.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE