UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


UNITED STATES OF AMERICA            )
                                    )
v.                                  )       NO. 3:12-00013
                                    )       JUDGE CAMPBELL
NICKLESS WHITSON, et al.            )


<u>ORDER</u>


Pending before the Court is Defendant Nickless Whitson's Motion to Extend Pre-Trial

Motion Deadline (Docket No. 418). The Motion is GRANTED.

The deadline for filing pretrial motions is extended to June 3, 2013, for all parties.

IT IS SO ORDERED.


_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE