UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:12-00013 |
| ) | JUDGE CAMPBELL |
| MANILA VICHITVONGSA ) | |

## ORDER

Pending before the Court is Defendant Vichitvongsa's Motion To Transfer (Docket No. 481). Through the Motion, the Defendant requests an order directing the United States Marshals Service to transfer him from the Warren County Jail to the Grayson County Adult Detention Center because the latter facility has a superior law library.

The Motion is DENIED. This Court has appointed counsel to represent Defendant Vichitvongsa, and a prisoner's constitutional right of access to the courts is protected when he is represented by counsel. See, e.g., Martucci v. Johnson, 944 F.2d 291, 295 (6th Cir. 1991).

It is so ORDERED.

_Todd Campbell_
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE