UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:12-00013 |
| | ) | JUDGE CAMPBELL |
| MANILA VICHITVONGSA | ) | |

## ORDER

Pending before the Court is a Motion To Transfer (Docket No. 496), filed by Defendant Vichitvongsa, *pro se*. Through the Motion, the Defendant requests an order directing the United States Marshals Service to transfer him from the Warren County Jail to the Grayson County Adult Detention Center because the latter facility has a superior law library. Counsel for Defendant Vichitvongsa recently filed a similar motion, which the Court denied because the Defendant has appointed counsel to represent him, and a prisoner's constitutional right of access to the courts is protected when he is represented by counsel. See, e.g., Martucci v. Johnson, 944 F.2d 291, 295 (6th Cir. 1991). (See Docket Nos. 481, 482). For the same reasons, this Motion is DENIED.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE