UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:12-00013 |
| | ) | JUDGE CAMPBELL |
| MANILA VICHITVONGSA, et al. | ) | |

## ORDER

Pending before the Court are the following motions filed by previous counsel for Defendant Vichitvongsa: Motion *In Limine* To Exclude Evidence Of Prior Arrests And Convictions (Docket No. 302); First Motion *In Limine* To Exclude Evidence Of Past Or Present Gang Membership (Docket No. 303); Joint Motion In Limine For Additional Peremptory Challenges (Docket No. 306); and Motion To Exclude Government Expert Reports And, In The Alternative, Request For Daubert Hearing (Docket No. 307).

On or before August 8, 2013, current counsel for Defendant Vichitvongsa shall file a notice with the Court indicating whether the Defendant intends to proceed with these motions.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE