UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA         )
                                      )
v.                                   )      NO. 3:12-00013
                                      )      JUDGE CAMPBELL
MANILA VICHITVONGSA, et al.     )

ORDER


Due to a criminal trial, the status conference currently scheduled for August 29, 2013, is

RESCHEDULED for October 8, 2013, at 10:00 a.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE