UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:12-00013 |
| | ) | JUDGE CAMPBELL |
| MANILA VICHITVONGSA, et al. | ) | |

ORDER

Pending before the Court is a Motion to Reschedule Status Conference (Docket No. 525) filed by Defendant Angela Whitson.

The status conference currently scheduled for October 8, 2013, is cancelled. The pretrial conference and/or change of plea hearing remains scheduled for October 25, 2013, at 9:00 a.m. and the trial remains scheduled for November 12, 2013, at 9:00 a.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE