UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:12-00013 |
| | ) | JUDGE CAMPBELL |
| MANILA VICHITVONGSA, et al. | ) | |

ORDER

Pending before the Court is a Motion to Reschedule Trial filed by Defendant Angela Whitson (Docket No. 535). In the Motion counsel for Defendant Angela Whitson states he has a scheduling conflict with the current trial date, May 6, 2014.

The Motion is GRANTED and the trial date is MOVED BACK one week to April 29, 2014, beginning at 9:00 a.m. The pretrial conference is RESCHEDULED for April 18, 2014, at 1:00 p.m.

Speedy Trial Act

The Court concludes that there is no period of delay occasioned by the granting of the Motion because the trial is moved one week earlier. The Court specifically finds that the interests of justice are served by granting the Motion and resetting the trial date earlier as to all Defendants. Speedy Trial Act, 18 U.S.C. §§ 3161, et seq.

Change of Plea

Any plea agreement shall be consummated by April 14, 2014, and the Courtroom Deputy so notified. Any proposed plea agreement shall be submitted to the Court by April 15, 2014. If a plea agreement is submitted, the hearing to take the plea will take place on April 18, 2014, at 1:00 p.m.

### Trial Filing Deadlines

The parties shall file the following with the Court, on or before April 14, 2014, if the case is to be tried: (1) case specific jury instructions, with citations to supporting authorities, and verdict forms; and (2) motions in limine. Counsel for the parties shall comply timely with the discovery and motion provisions of LCrR 12.01 and 16.01.

### Continuances

Any motion to continue the trial, pretrial conference or plea dates shall be filed no later than one week before the pretrial conference date. Any motion to continue the trial shall attach a Speedy Trial Waiver signed by the Defendant or an explanation of why the Waiver is not attached.

### Attendance

All Defendants shall attend all Court proceedings in this case. If a Defendant is in custody, the Government shall take all necessary actions to secure the timely presence of the Defendant.

### CJA Fund Requests

In any request for CJA funds pursuant to 18 U.S.C. § 3006A(e), counsel shall indicate whether prior requests have been made, and if so, provide identifying information for those requests.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE