UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:12-00013 |
| | ) | JUDGE CAMPBELL |
| MANILA VICHITVONGSA, et al. | ) | |

## ORDER

On or before April 16, 2014, the parties shall file briefs, supplemental jury instructions, and verdict forms regarding the effect of the decisions in <u>Alleyne v. United States</u>, 133 S.Ct. 2151 (2013) and <u>Rosemond v. United States</u>, 134 S.Ct. 1240 (2014) to this case.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE