UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | NO. 3:12-00013 |
| ) | JUDGE CAMPBELL |
| MANILA VICHITVONGSA, et al. ) | |

ORDER

Pending before the Court is a Motion to Unseal Plea Agreements (Docket No. 627). The Motion is GRANTED on the following terms. The Government shall provide the plea agreements for Defendants Beth Keonoi, Jessica Parker, Sithana Keonoi, William Blake Byrd, and Jatavius Sanders to counsel for the Defendants going to trial.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE