UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:12-00013 |
| | ) | JUDGE CAMPBELL |
| MANILA VICHITVONGSA, | ) | |
| NICKLESS WHITSON, and | ) | |
| ANGELA WHITSON | ) | |

ORDER

Pending before the Court is the Government's Motion to Continue Trial (Docket No. 646). The Court held a hearing on April 30, 2014.

For the reasons stated from the bench, the Court granted the Motion.

The jury trial of this case is continued to June 3, 2014 at 9:00 a.m.

On May 6, 2014, at 9:00 a.m. jury selection will continue to pick two alternate jurors. Each party shall have one peremptory challenge.

The Court concludes that the period of delay occasioned by the granting of the Motion is reasonable and is excludable under the Speedy Trial Act, 18 U.S.C. §§ 3161, et seq. The Court specifically finds that the interests of justice is served by granting the continuance for the reasons stated on the record. 18 U.S.C. § 3161(h)(7)(A),(B).

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE