UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:12-00013 |
| | ) | JUDGE CAMPBELL |
| MANILA VICHITVONGSA, et al. | ) | |

ORDER

Pending before the Court is the Government's Motion To File *Ex Parte* And Under Seal (Docket No. 666). The Motion is GRANTED.

The Government shall draft and provide a summary of the witness's medical condition to counsel for the Defendants on or before May 14, 2014.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE