UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:12-00013 |
| | ) | JUDGE CAMPBELL |
| MANILA VICHITVONGSA, et al. | ) | |

ORDER

For the reasons stated in a contemporaneous Order filed under seal, I am unable to preside over the jury trial of this case scheduled on June 3, 2014.

On April 29, 2014, jury selection began in this case for a trial scheduled on that date. The Government moved to continue the trial on April 30, 2014 due to the medical condition of a witness. The Court granted the continuance, in the interest of justice, over the objection of two defendants. The trial was continued to June 3, 2014 for an anticipated duration of two weeks. Because of the continuance, one juror and one alternate juror were dismissed due to scheduling conflicts.

On May 6, 2014, jury selection was completed with the selection of two alternates. The jury has not been sworn yet. A draft jury charge has been completed. I am now unable to preside over the trial on June 3, 2014, as detailed in the Sealed Order.

I, therefore, intend to continue the trial to a date suitable to all parties. Any objections to a continuance shall be filed by May 20, 2014. If objections are filed, the case is REFERRED to Chief Judge Haynes for decision on how to proceed. Possible issues include whether to continue the trial, assign the trial to another Judge, or take other action. There are also related issues regarding the jurors selected.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE