UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:12-00013 |
| | ) | JUDGE CAMPBELL |
| MANILA VICHITVONGSA, et al. | ) | |

ORDER

Through prior Orders (Docket Nos. 680, 681), the Court advised the parties that the undersigned Judge would be unable to preside over the trial in this case, currently set for June 3, 2014, and intended to continue the trial unless the parties objected to a continuance. Defendants Vichitvongsa and Nickless Whitson have now filed Notices objecting to a continuance (Docket Nos. 684, 687). Defendant Angela Whitson has filed a Notice indicating she does not object to a continuance (Docket No. 683). The Government has filed a Response (Docket No. 686), under seal, in which it argues that it is in the interest of justice to grant a continuance.

Having received objections from two of the parties, as stated in the prior Orders (Docket Nos. 680, 681), this matter is REFERRED to Chief Judge Haynes for decision on how to proceed.

It is so ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　TODD J. CAMPBELL
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE