UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:12-00013 |
| | ) | JUDGE CAMPBELL |
| MANILA VICHITVONGSA, et al. | ) | |

ORDER

Consistent with the Order (Docket No. 636) entered on April 24, 2014, for the trial beginning July 8, 2014, the parties shall be limited to one-half hour each for voir dire questions as to each group of 21 potential jurors, absent leave of Court for more time.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE