UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:12-00013 |
| | ) | JUDGE CAMPBELL |
| MANILA VICHITVONGSA | ) | |

## ORDER

Pending before the Court is Defendant Vichitvongsa's Second Motion To Extend The Deadline For Filing Post-Trial Motions (Docket No. 750). Through the Motion, the Defendant requests an extension of time, until September 1, 2014, in which to file post-trial motions. The Motion is GRANTED.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE