UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:12-00013 |
| | ) | JUDGE CAMPBELL |
| MANILA VICHITVONGSA | ) | |

## ORDER

Pending before the Court is the Government's Motion For Extension Of Time To Respond To Defendant Vichitvongsa's Motion For A Judgment Of Acquittal (Docket No. 799). Through the Motion, the Government requests an extension of two weeks in which to respond to the Defendant's motion for judgment of acquittal.

The Motion is GRANTED. Accordingly, the Government shall have until October 29, 2014 in which to file its response.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE