UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | NO. 3:12-00013 |
| ) | JUDGE CAMPBELL |
| MANILA VICHITVONGSA ) | |

## ORDER

Pending before the Court is a Motion for Extension of Time to Respond to Defendant Vichitvongsa's Motion for a Judgment of Acquittal (Docket No. 807). The Motion is GRANTED.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE